# EXHIBIT B



### Action required: Your product is at risk of being discontinued

| | |
|---|---|
| addressor： | Amazon Store Service <donotreply@amazon.com> |
| time： | June 27,2025 (Friday) at 8:10 PM |
| addressee： | stbeyond123<stbeyond123@foxmail.com> |



Dear stbeyond: Hello!

The following products are at risk of being discontinued due to violations of our policies. You can find detailed information about the products at risk below.

We will contact you before this issue affects your sales of goods so that we can resolve the issue and minimize the impact on your business.

### Why did I get this email?

We have received a notice of infringement from the rights owner indicating that the following ASIN is suspected of infringing their intellectual property. This is in violation of Amazon's policies.

### How can I solve this problem?

Please provide one or more of the following documents to avoid your product being discontinued:

-- receipt

--Authorization letter from the owner of the rights

--A license agreement issued by the manufacturer or rights owner that proves the legitimacy of your product

For security reasons, we only accept the following file formats as attachments:.jpeg,.jpg,.pjpeg,.gif,.png,.tiff.

### How do I submit this information?

Go to "Account Status" page in the "Compliance of Goods" section and "Received Intellectual Property Complaints".

Find the record of the suspension of sale of this product. Click "Complain" next to the record of the suspension of sale of this product to submit the information required for the resumption of sale of the product.

### Should this email not be sent to you?

If you believe that the shipment has been sent incorrectly, please click on the "Complaint" next to the product that is at risk of being removed in the "Account Status" page, and then follow the instructions provided to contact us.

If you believe that the relevant rights holder has sent the notice incorrectly, please contact the rights holder and ask them to revoke the notice. We only accept revocation requests submitted directly to us by the rights holder. We do not accept revocation requests in the form of forwarding or attachment. The link is at the bottom of the appeal form.

### What happens if I don't provide the requested information?

If we do not receive a valid appeal by the deadline listed on the Account Status page, the related product will be taken off sale. After the product is taken off sale, the violation record will remain on your Account Status page for up to 180 days, or until your objection to the violation is approved. If

Failure to resolve this violation and other violations of product information may result in the suspension of your account. If you do not provide the required information within 90 days, we will require you to remove the inventory associated with these items in accordance with Amazon's removal policy.

If you do not comply with the requirements, we may dispose of your inventory under the Business Solutions Agreement.

We are always here to help you.

If you want to know why your product is suspected of infringing another person's intellectual property rights, please search for "Intellectual Property Policy" in the Help Center of the seller platform.

If you have any questions about this policy or the information requested above, please contact us.

**Details of the owner of the rights:**

-- Sam Pierce

-- sam@piercepatentlaw.com

The seller's offer is not authentic

**ASIN:** B08577SWTR

Product Name: Dog Cookie Cutter Set-Dog Bone and Dog Paw Print Cookie Mold for homemade treats-Stainless steel cookie cutter mold for kids suitable for cakes and cookies (mixed sizes)

Type of violation: TrademarkProductPackaging

Complaint number: 17976002561

You can view your account performance in two ways: by visiting the Account Status page, or by selecting Account Status on the main screen of the Amazon Seller app on an iOS or Android device. The Account Status page shows your account performance based on the performance metrics you need to meet for selling on Amazon Marketplace and the policies you must follow.

thanks !

Amazon Services


Report the problem with this email

If you have any questions, please visit: Seller Central To change your email preferences, please visit: Notification Preferences

We hope this email is helpful to you. However, if you wish to stop receiving emails like this from Amazon.com in the future, please select unsubscribe.

Amazon, Inc. or its affiliates reserves all rights in 2025.

Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

SPC-USAmazon-545359886948441



## Notice: Policy Warning

| | |
|---|---|
| addressor： | Amazon<notice@amazon.com> |
| time： | June 27,2025 (Friday) at 8:45 PM |
| addressee： | stbeyond123<stbeyond123@foxmail.com> |



shalom！

Based on your account status rating, your account is at risk of being deactivated soon. We have removed some of your products because we received a report from the rights owner that these products are suspected of infringing their trademark rights

For more information, see the "Funding Eligibility" policy:

https://sellercentral.amazon.com/gp/help/help.html?itemID=G9RA9LYBJ3QP27M6

The following is the contact information of the rights owner:

sam@piercepatentlaw.com

Why did I receive this email?

All Amazon sellers must comply with Amazon's "Sales Policy and Seller Code of Conduct". We have received reports from rights holders alleging that one or more of your items are counterfeit or fake. Posting infringes on others' knowledge

If you would like to know why your product is suspected of infringing another person's intellectual property rights, please search for "Intellectual Property Policy" in the Seller Help Center.

https://sellercentral.amazon.com/gp/help/external/201361070

How to avoid account suspension?

To avoid account suspension, please file a complaint or objection within 3 days of receiving this notice regarding the violations that put your account at risk of being suspended. To do so, please follow the https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa at the top of the Account Status page in the Seller platform

We are always here to help you.

If you have any questions, please contact us:

https://sellercentral.amazon.com/cu/contact-us/performance

You can view your account performance by visiting the following website:

https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn

Alternatively, use an iOS or Android device to select "Account Status" on the home screen of the Amazon Seller app. The "Account Status" page will show you the performance metrics you need to meet in order to sell items on Amazon Marketplace

--Download iOS apps:

https://itunes.apple.com/us/app/amazon-seller/id794141485

--Download Android apps:

https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

ASIN：B07V5LV584
Complaint number: 17976031811

Amazon.com

SPC-USAmazon-2181433186596751