# EXHIBIT C



























