**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Honghushi Warren Electronic Commerce
Co. LTD,

        Plaintiff,

v.

Skull Candy Limited,

        Defendant.

**Case No.: 1: 25-cv-08109**

**Judge Steven C. Seeger**

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF**
**A TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Honghushi Warren Electronic Commerce Co. LTD ("Plaintiff") respectfully moves this Court for a Temporary Restraining Order against Defendant Skull Candy Limited ("Defendant"). Plaintiff seeks an order requiring Defendant to retract or clarify its intellectual property complaint submitted to Amazon, which has resulted in the suspension of Plaintiff's product listings and the freezing of over 20,000 units of inventory. Plaintiff also requests that the Court direct Defendant to take immediate steps to ensure that Amazon does not dispose of or remove Plaintiff's inventory while this case is pending. This relief is necessary to prevent imminent and irreparable harm to Plaintiff's business. Plaintiff's Memorandum of Law in Support of this Motion and supporting evidence are filed concurrently.

Dated: August 11, 2025

Respectfully submitted,

Alexander Warden, Esq.
Alexander.warden@walflaw.com
West Atlantic Law Firm, PLLC
104 West 40th Street, 4th and 5th Floor
New York, NY 10018
*Attorney for Plaintiff,*
*Honghushi Warren Electronic Commerce Co. LTD.,*