IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Honghushi Warren Electronic Commerce Co. LTD, <br><br> Plaintiff, <br><br> v. <br><br> Skull Candy Limited, <br><br> Defendants. | Civil Action No.: 25-cv-08109 <br><br> Judge Steven C. Seeger |

### DECLARATION OF Wang Peng

I, Wang Peng, declare as follows:

1. I am the CEO of Honghushi Warren Electronic Commerce Co. LTD ("Plaintiff"), and I am providing this declaration based on personal knowledge and business records kept in the ordinary course of our operations. If called as a witness, I am fully prepared to testify under oath about the facts stated here.

2. Our company is based in Jingzhou, China. We manufacture and sell consumer products, to include but is not limited to cookie-cutters accessories, under the brand MAGIGIFT.

3. We have used the MAGIGIFT name in connection with our products continuously since at least June 2018.

4. We own U.S. Trademark Registration No. 5,821,390 for the MAGIGIFT mark. It was registered on January 20, 2019, and covers goods like barrettes, elastic ribbons, hair ties, and similar items.

5. A major part of our business comes from selling MAGIGIFT products through Amazon's U.S. marketplace.

6. Over the years, we have invested significant time and money into growing our Amazon store. This includes creating new products, marketing them to customers, and responding to reviews and service issues.

7. In late June 2025, we discovered that Amazon had frozen our MAGIGIFT listings because of a trademark complaint filed by the Defendant in this case.

8. We did not receive any notice, warning, or cease-and-desist letter before the complaint was made. We had no chance to respond before our listings were taken down.

9. As a result of the freeze, our sales have dropped significantly. We are unable to fulfill existing customer orders or accept new ones.

10. If we do not regain access to our inventory and listings, we risk losing products, customers, and long-term brand value. These losses cannot be fixed with money alone.

11. We contacted Amazon and asked them to lift the freeze, but they told us they cannot do so unless the trademark owner withdraws the complaint or there is a court order.

12. We respectfully ask the Court to issue a temporary restraining order that prevents Amazon from disposing of our inventory and instructs Amazon to restore our suspended listings while this case is being decided.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 08/05/2025, at Jingzhou, China.

Name: Wang Peng
Title: Ceo
Honghushi Warren Electronic Commerce Co. LTD