# EXHIBIT E



























