# EXHIBIT G



**Inactive**
Review blocked reason
Jun 27, 2025, 08:44 AM

Vegetable Cutters Shapes Set, 20pcs Stainless Steel Mini Cookie Cutters, Vegetable Cutter and Fruit Stamps Mold + 20pcs Cute Cartoon Animals Food Picks and Forks -for Kids Baking and Food Supplement

ASIN      B07V5LV584
SKU       201907110001
FNSKU   X0028S4TYL

+3 marketplaces

| Sales | | Available | | Price | | Total fees | |
|---|---|---|---|---|---|---|---|
| Sales | $289 | **Available** | 12 | Price | USD 9.99 | Total fees | $4.88 |
| Units sold | 18 | **(FBA)** | | | | FBA fee | $3.38 |
| Page views | 2,124 | Inbound | 0 | Featured offer | $9.99 + $0.00 | Calculate revenue | |
| Sales rank | 26,305 | Unfulfillable | 0 | Business price | Set | | |
| (Kitchen & Dining) | | Reserved | 2506 | View reference prices | | | |



Inactive
Review blocked reason
Jul 3, 2025, 11:14 AM

Magigift Multicolor 7-Piece Cookie Cutter Set - Head, Bow, Shoes, Gloves Shapes - Stainless Steel, Dishwasher Safe

ASIN        B08ZNLBJP7
SKU         5T-YAK6-4UHT
FNSKU       X002UDFUOH

+3 marketplaces

| Sales | $889 |
| Units sold | 80 |
| Page views | 1,399 |
| Sales rank | 46,897 |
| (Kitchen & Dining) | |

| Available | 3 |
| (FBA) | |
| Inbound | 0 |
| Unfulfillable | 1 |
| Reserved | 1486 |

Price    USD    9.99

✓ Featured offer    $9.99 + $0.00
⚠ Business price    Set
View reference prices

| Total fees | $4.88 |
| FBA fee | $3.38 |
| Calculate revenue | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ ☆ **Inactive**<br>Review blocked reason<br>Jul 3, 2025, 10:04 AM |  | Vegetable Cutter Shapes Set (8 Pack) –<br>1.5" Stainless Steel Mini Cookie & Fruit<br>Cutters for Kids, Bento Lunch, Sandwich,<br>Fondant, Cheese, Baking & Food Prep | | | | | |

ASIN    B083QLRBLK
SKU     D1-07JB-Z4RI
FNSKU   X002FMIJL9

🌐 +3 marketplaces

| **Sales** | **$2,970** |
|---|---|
| Units sold | 352 |
| Page views | 7,176 |
| Sales rank | 5,553 |
| (Kitchen & Dining) | |

| **Available** | 60 |
|---|---|
| **(FBA)** | |
| Inbound | 5040 |
| Unfulfillable | 1 |
| Reserved | 4558 |

| Price | USD | 7.99 |
|---|---|---|

✅ Featured offer    $7.99 + $0.00
⚠️ Business price    Set
View reference prices

| **Total fees** | **$4.33** |
|---|---|
| FBA fee | $3.13 |

Calculate revenue

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ ☆ **Inactive**<br>Review blocked reason<br>Jul 3, 2025, 09:04 AM | | Round Cookie Biscuit Cutter Set, 6 Graduated Circle Pastry Cutters, Stainless Steel Cookie And Dough Cutters for Donut and Scone, Circle Cutter Cake Ring Molds | **Sales** $1,263<br>Units sold 145<br>Page views 2,660<br>Sales rank 18,054<br>(Kitchen & Dining) | **Available** 8<br>**(FBA)**<br>Inbound 2160<br>Unfulfillable 0<br>Reserved 1807 | **Price** USD 7.99<br>✓ Featured offer $7.99 + $0.00<br>⚠ Business price Set<br>View reference prices | **Total fees** $4.33<br>FBA fee $3.13<br>Calculate revenue |

ASIN B089KFK4Q7
SKU GS-XRIX-OECI
FNSKU X002JFLJF5

🌐 +3 marketplaces



**Inactive**
Review blocked reason
Jul 1, 2025, 07:33 AM



Dog Cookie Cutter Set - Dog Bone and Dog Paw Print Cookie Mold for Homemade Treats - Stainless Steel Cookie Cutter molds for Kids Suitable for Cakes and Cookies (Assorted Sizes)

| | |
|---|---|
| ASIN | B08577SWTR |
| SKU | PB-K477-IT39 |
| FNSKU | X002H5UIQ3 |

+3 marketplaces

| Sales | | Available | |
|---|---|---|---|
| Sales | $1,753 | Available | 14 |
| Units sold | 184 | (FBA) | |
| Page views | 3,048 | Inbound | 0 |
| Sales rank | 12,137 | Unfulfillable | 1 |
| (Kitchen & Dining) | | Reserved | 5274 |

**Price** USD 8.99

✓ Featured offer  $8.99 + $0.00
⚠ Business price  Set
View reference prices



**Total fees** $4.48
FBA fee $3.13
Calculate revenue