UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Honghushi Warren Electronic Commerce Co. LTD,

                        Plaintiff,

v.                                            Case No.: 1:25−cv−08109
                                            Honorable Steven C. Seeger

Skull Candy Limited,

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed Plaintiff's motion for a temporary restraining order (Dckt. No. [4]), which Plaintiff filed without serving Defendant. The motion seeks an order requiring Defendant Skull Candy to "retract or clarify" an intellectual property complaint submitted to Amazon. Before ordering Skull Candy to speak, Skull Candy should be heard. The Court directs Plaintiff to serve Skull Candy, and file a certificate of service. A response to the motion is due within one week of receipt of the motion. In the meantime, Plaintiff may file a supplemental statement if any of the underlying facts have changed since the filing of the motion. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.