# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Honghushi Warren Electronic Commerce Co. LTD,<br><br>      Plaintiff,<br><br>    v.<br><br>Skull Candy Limited,<br><br>      Defendants. | Civil Action No.: 25-cv-08109<br><br>Judge Steven C. Seeger |

## CERTIFICATE OF SERVICE

I, Alexander Warden, an attorney, certify that on September 12, 2025, I caused a true and correct copy of the following documents:

1. Plaintiff's Motion for Temporary Restraining Order and supporting papers; and

2. The Court's most recent order, to be served by electronic mail to the following address associated with Defendant Skull Candy Limited's Amazon complaint: sam@piercepatentlaw.com

This service was made pursuant to the Court's directive requiring Plaintiff to provide Defendant with notice of the pending TRO motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 12, 2025

                                                                Respectfully submitted,

                                                                 Alexander Warden, Esq.
                                                                 Alexander.warden@walflaw.com
                                                                  West Atlantic Law Firm, PLLC
                                                                  104 West 40th Street, 4th and 5th Floor
                                                                  New York, NY 10018
                                                                  *Attorney for Plaintiff,*
                                                                  *Honghushi Warren Electronic Commerce Co. LTD.*,